IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**

    v.                                **CASE NO. 3:99-CR-186-02 (JAF)**

**JAVIER NIEVES-ALVAREZ**
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

    Upon petition of Abner Valcárcel, U.S. PROBATION OFFICER of this Court, alleging that offender, Javier Nieves-Alvarez, has failed to comply with his conditions of supervised release, it is ORDERED that offender appear before this Court on _____ 2007 at _____, for a hearing to show cause, if there be any, why his supervised release term on the above-entitled case should not be revoked. Thereupon, the offender to be dealt with pursuant to law.

    At this hearing, offender will be entitled:

1. To the disclosure of evidence against him.
2. To present evidence in his own behalf.
3. To the opportunity to question witnesses against him.
4. To be represented by counsel.

    The Clerk shall issue the corresponding summons to the offender so that he may appear before this court, and provide all pertinent parties with a copy of this order .

    IT IS SO ORDERED

    In San Juan, Puerto Rico, this _____ day of _____ 2007

                                                          _____
                                                            **José A. Fusté, Chief**
                                                             **U.S. District Judge**